JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SEGUNDO NOLASCO LOPEZ,
Petitioner,
v.
MARKWAYNE MULLIN ET AL.,
Respondent.

Case No. 5:26-cv-04445-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: November 24, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE